UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHARLES AUSTIN,** | : |
| | : |
| Plaintiff, | : Civil Action No. _____ |
| | : |
| v. | : JURY TRIAL DEMANDED |
| | : |
| **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as Commissioner, State of Delaware Department of Corrections; **CARL C. DANBERG,** in his official capacity as Commissioner, State of Delaware Department of Corrections; **RAPHAEL WILLIAMS,** individually and in his official capacity as Warden, Howard R. Young Correctional Institution; **PHILIP MORGAN,** in his official capacity as Warden, Howard R. Young Correctional Institution; **JOYCE TALLEY,** individually and in her official capacity as Chief, Bureau of Management Services, Delaware Department of Corrections; **CORRECTIONAL MEDICAL SERVICES, INC.,** and its **JOHN DOE EMPLOYEES,** | : |
| Defendants. | : |

**AFFIDAVIT OF FILING OF CERTIFICATE OF MERIT**

I, Ronald Stoner, Esq., attorney for the Plaintiff, hereby certifies in good faith at this time that the Affidavit of Merit and *curriculum vitae* required by 18 Del. C. § 6853 is being conventionally filed under seal at the Office of the Clerk of the Court.

Submitted this 9th day of April, 2008

/s/ *Ronald Stoner* , DE. # 2818
Ronald Stoner, P.A.
1107 Drummond Plaza
Newark, DE 19711
Attorney for Plaintiff