# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES AUSTIN, | : | |
| | : | |
|       **Plaintiffs** | : | |
| v. | : | |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | Civil Action No.: _____ |
| et al , | : | |
| | : | **JURY TRIAL DEMANDED** |
|       **Defendants.** | : | |

## AMENDED NOTICE OF SERVICE

I, Daniel A. Griffith, Esquire hereby certifies that on this 16th day of June, 2008, a copy of the foregoing Defendant, Correctional Medical Services, Inc.'s Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) was electronically delivered via e-file to

**Ronald Stoner**
Ronald Stoner, P.A.
1107 Polly Drummond Plaza
Newark, DE 19711

          /s/ Daniel A. Griffith
          Daniel A. Griffith, Esquire