**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CHARLES AUSTIN,** | : | |
| | : | |
| **Plaintiffs** | : | |
| v. | : | |
| | : | |
| **CORRECTIONAL MEDICAL SERVICES, INC.,** | : | Civil Action No.: _____ |
| et al , | : | |
| | : | **JURY TRIAL DEMANDED** |
| **Defendants.** | : | |

**AMENDED NOTICE OF SERVICE**

    I, Daniel A. Griffith, Esquire hereby certifies that on this 16th day of June, 2008, a copy of the foregoing Defendant, Correctional Medical Services, Inc.'s Opening Brief in Support of Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) was electronically delivered via e-file to

**Ronald Stoner**
Ronald Stoner, P.A.
1107 Polly Drummond Plaza
Newark, DE 19711

                                                /s/ Daniel A. Griffith
                                                Daniel A. Griffith, Esquire