IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES AUSTIN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : C.A. No. 08-204 - SLR |
| STANLEY W. TAYLOR, JR., CARL C. | : |
| DANBERG, RAPHAEL WILLIAMS, | : JURY TRIAL REQUESTED |
| PHILIP MORGAN, JOYCE TALLEY, | : |
| CORRECTION MEDICAL SERVICES, INC., | : |
| and its JOHN DOE EMPLOYEES, | : |
| | : |
| Defendants. | : |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Catherine Damavandi on behalf of State Defendants Stanley W. Taylor, Jr., Carl C. Danberg, Raphael Williams, Philip Morgan and Joyce Talley.  This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ **Catherine Damavandi**
    Catherine Damavandi, ID#3823
    Deputy Attorney General
    Carvel State Office Building
    820 North French Street, 6th Fl.
    Wilmington, Delaware 19801
    (302) 577-8400
    Attorney for State Defendants

Dated: July 1, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES AUSTIN , | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : C.A. No. 08-204 - SLR |
| STANLEY W. TAYLOR, JR., CARL C. | : |
| DANBERG, RAPHAEL WILLIAMS, | : JURY TRIAL REQUESTED |
| PHILIP MORGAN, JOYCE TALLEY, | : |
| CORRECTION MEDICAL SERVICES, INC., | : |
| and its JOHN DOE EMPLOYEES, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I certify that on July 1, 2008, I electronically filed *Entry of Appearance for State Defendants* with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Ronald Stoner, Esq., ID#2818
ronstoneresq@aol.com
*Attorney for Plaintiff*

Daniel A. Griffith, Esq., ID#4209
dgriffith@wtplaw.com
*Attorney for Defendant Correctional Medical Services, Inc.*

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ **Catherine Damavandi**
Catherine Damavandi, ID#3823
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Fl.
Wilmington, Delaware 19801
(302) 577-8400
Attorney for State Defendants