UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHARLES AUSTIN,** | : |
| | : |
| Plaintiff, | : Civil Action No. 1:08-cv-204 SLR |
| | : |
| v. | : JURY TRIAL DEMANDED |
| | : |
| **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as Commissioner, State of Delaware Department of Corrections; **CARL C. DANBERG**, in his official capacity as Commissioner, State of Delaware Department of Corrections; **RAPHAEL WILLIAMS**, individually and in his official capacity as Warden, Howard R. Young Correctional Institution; **PHILIP MORGAN**, in his official capacity as Warden, Howard R. Young Correctional Institution; **JOYCE TALLEY**, individually and in her official capacity as Chief, Bureau of Management Services, Delaware Department of Corrections; **CORRECTIONAL MEDICAL SERVICES, INC.,** and its **JOHN DOE EMPLOYEES,** | : : : : : : : : : : : : : : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Ronald Stoner, Esq., attorney for the Plaintiff, certify that on July 3, 2008, I electronically filed *Brief in Support of Plaintiff's Response to Defendant "CMS" Motion to Dismiss* with the Clerk of Court, using CM/ECF, to the following:

| | |
|---|---|
| Daniel A. Griffith, Esq. ID #4209 | Catherine Damavandi, Esq. ID #3823 |
| Attorney for Defendant *Correctional Medical Services, Inc.* | Deputy Attorney General<br>Attorney for *State of Delaware* Defendants |

/s/ *Ronald Stoner* , DE.#2818
Ronald Stoner, P.A.
1107 Drummond Plaza
Newark, DE 19711
Attorney for Plaintiff