UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHARLES AUSTIN,**<br><br>           **Plaintiff,**<br><br>      v.<br><br>**STANLEY W. TAYLOR, JR., individually and in his official capacity as Commissioner, State of Delaware Department of Corrections; CARL C. DANBERG, IN HIS OFFICIAL CAPACITY AS Commissioner, State of Delaware Department of Corrections; RAPHAEL WILLIAMS, individually and in his official capacity a Warden, Howard R. Young Correctional Institution; PHILIP MORGAN, in his official capacity as Warden, Howard R. Young Correctional Institution; JOYCE TALLEY, individually and in her official capacity as Chief, Bureau of Management Services, Delaware Department of Corrections; CORRECTIONAL MEDICAL SERVICES, INC., and its JOHN DOE EMPLOYEES,**<br><br>           **Defendants.** | :<br>:<br>:<br>:<br>:  Civil Action No.: 1:08-cv-204 SLR<br>:<br>:  **JURY TRIAL DEMANDED**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## AMENDED NOTICE OF SERVICE

I, Daniel A. Griffith, Esquire hereby certifies that on this 14th day of July, 2008, a copy of the foregoing Correctional Medical Services, Inc.'s Reply Brief in Support of Its Motion to Dismiss Complaint was electronically delivered via e-file to

| | |
|---|---|
| Ronald L. Stoner, Esquire<br>1107 Polly Drummond Plaza<br>Newark, DE   19711 | Staci X. Stewart, Esquire<br>Office of the Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 |

                                                          /s/ Daniel A. Griffith
                                                          Daniel A. Griffith, Esquire