WHITEFORD, TAYLOR & PRESTON L.L.C.

|  |  |  |
|---|---|---|
| DANIEL A. GRIFFITH<br>PARTNER<br>DIRECT LINE (302) 482-8754<br>DIRECT FAX (302) 258-0783<br>DGriffith@wtplaw.com | 1220 N. MARKET STREET, SUITE 608<br>WILMINGTON, DE 19801<br>MAIN TELEPHONE (302) 353-4144<br>FACSIMILE (302)-661-7950 | BALTIMORE, MD*<br>COLUMBIA, MD*<br>FALLS CHURCH, VA*<br>TOWSON, MD*<br>WASHINGTON, DC*<br>WILMINGTON, DE<br><br>WWW.WTPLAW.COM<br>(800) 987-8705 |

July 14, 2008

The Honorable Sue L. Robinson, USDJ
The United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Lockbox 31
Wilmington, DE   19801

      Re:   Charles Austin v. Correctional Medical Services, Inc., et al
             C.A. No. 08-cv-204 SLR

Dear Judge Robinson:

      On behalf of defendant, Correctional Medical Services, Inc. (CMS) please accept this letter as a request pursuant to Local Rule 71.4 for oral argument on CMS' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(b)(6), the Reply Brief which is being filed today.

                                Respectfully submitted,

                                /s/ Daniel A. Griffith
                              Daniel A. Griffith, I. D. No. 4209

DG:rc

   Cc:   Ronald Stoner, Esquire
           Staci X. Stewart, Esquire