IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES AUSTIN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | C.A. No. 08-204 - SLR |
| STANLEY W. TAYLOR, JR., CARL C. : | |
| DANBERG, RAPHAEL WILLIAMS, : | JURY TRIAL REQUESTED |
| PHILIP MORGAN, JOYCE TALLEY, : | |
| CORRECTION MEDICAL SERVICES, INC., : | |
| and its JOHN DOE EMPLOYEES, : | |
| : | |
| Defendants. : | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Jennifer Oliva on behalf of State Defendants Stanley W. Taylor, Jr., Carl C. Danberg, Raphael Williams, Philip Morgan and Joyce Talley. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ **Jennifer Oliva**
        Jennifer Oliva, ID# 5026
        Deputy Attorney General
        Carvel State Office Building
        820 North French Street, 6th Fl.
        Wilmington, Delaware 19801
        (302) 577-8400
        Attorney for State Defendants

Dated: July 14, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHARLES AUSTIN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : C.A. No. 08-204 - SLR |
| STANLEY W. TAYLOR, JR., CARL C. | : |
| DANBERG, RAPHAEL WILLIAMS, | : JURY TRIAL REQUESTED |
| PHILIP MORGAN, JOYCE TALLEY, | : |
| CORRECTION MEDICAL SERVICES, INC., | : |
| and its JOHN DOE EMPLOYEES, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I certify that on July 14, 2008, I electronically filed *Entry of Appearance for State Defendants* with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

| | |
|---|---|
| Ronald Stoner, Esq., ID#2818 | Daniel A. Griffith, Esq., ID#4209 |
| ronstoneresq@aol.com | dgriffith@wtplaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant Correctional Medical Services, Inc.* |

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ **Jennifer Oliva**
Jennifer Oliva, ID# 5026
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Fl.
Wilmington, Delaware 19801
(302) 577-8400
Attorney for State Defendants