**WHITEFORD, TAYLOR & PRESTON L.L.C.**

1220 N. MARKET STREET, SUITE 608
WILMINGTON, DE 19801

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302)-661-7950

DANIEL A. GRIFFITH
PARTNER
DIRECT LINE (302) 482-8754
DIRECT FAX (302) 258-0783
DGriffith@wtplaw.com

BALTIMORE, MD*
COLUMBIA, MD*
FALLS CHURCH, VA*
TOWSON, MD*
WASHINGTON, DC*
WILMINGTON, DE

WWW.WTPLAW.COM
(800) 987-8705

July 14, 2008

The Honorable Sue L. Robinson, U.S.D.J.
The United States District Court for the
   District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Lockbox 31
Wilmington, DE   19801

The Honorable Gregory M. Sleet, U.S.D.J.
The United States District Court for the
   District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Lockbox #19
Wilmington, DE   19701

    Re: Re: J. Anthony Hutt v. Correctional Medical Services, Inc., et al
        C.A. No.: 08-cv-184 GMS
        Charles Austin v. Correctional Medical Services, Inc., et al
        C.A. No. 08-cv-204 SLR

Dear Judge Sleet and Judge Robinson:

  I represent Correctional Medical Services, Inc. (CMS) in the above-referenced matters which have been, respectively, assigned to you.  Both cases arise out of an identical set of facts and involve identical issues of law.  The fifteen plaintiffs in the *Hutt* case are, like the plaintiff in the *Austin* case, inmates who allege that a nurse used a single syringe to both draw blood and administer insulin from a common vial, thereby exposing them to blood borne illnesses.  For some reason, Mr. Austin apparently chose not to include his claim with those of the fifteen other plaintiffs-inmates in *Hutt*.

  While it is anticipated that a formal Motion for Consolidation will be filed, at this time I write simply to alert the Court that a Motion to Dismiss Complaint on behalf of CMS pursuant to Fed.R.Civ.P. 12(b)(6) has been filed in both cases and briefing is complete.  Since the issues, arguments and, in fact, briefs are virtually identical in both cases, I thought it advisable to notify the Court of the simultaneous pendency of essentially the same motion before two judges.

*Whiteford, Taylor and Preston L.L.C. is a limited liability company.  Our offices outside of Delaware operate under a separate Maryland limited liability partnership, Whiteford, Taylor & Preston L.L.P.

The Honorable Gregory M. Sleet and
The Honorable Sue Robinson
July 14, 2008
Page 2

      Thank you for your attention to this matter.

                              Respectfully submitted,

                              /s/  Daniel A. Griffith
                              Daniel A. Griffith (I.D. No. 4209)

DG:rc

cc:     Ronald Stoner, Esquire
        Catherine Davamandi, Esquire
        Staci X. Stewart, Esquire
        Bruce L. Hudson, Esquire