# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES AUSTIN, | : |
| | : |
|     Plaintiff, | : Civil Action No. 1:08-cv-204 SLR |
| | : |
|     v. | : JURY TRIAL DEMANDED |
| | : |
| STANLEY W. TAYLOR, JR., individually and in his official capacity as Commissioner, State of Delaware Department of Corrections; CARL C. DANBERG, in his official capacity as Commissioner, State of Delaware Department of Corrections; RAPHAEL WILLIAMS, individually and in his official capacity as Warden, Howard R. Young Correctional Institution; PHILIP MORGAN, in his official capacity as Warden, Howard R. Young Correctional Institution; JOYCE TALLEY, individually and in her official capacity as Chief, Bureau of Management Services, Delaware Department of Corrections; CORRECTIONAL MEDICAL SERVICES, INC., and its JOHN DOE EMPLOYEES, | : |
| | : |
|     Defendants. | : |

## PLAINTIFF CHARLES AUSTIN'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT STANLEY W. TAYLOR, JR. AND DEFENDANT RAPHAEL WILLIAMS

Plaintiff Charles Austin respectfully moves through his counsel, pursuant to Fed. R. Civ. P. 4(m), for an extension of time to serve Defendants. The grounds for this Motion are set forth herein.

In response to District Court of Delaware Local Rule 7.1.1, Plaintiff's counsel was unable to consult with opposing counsel on this matter due to unavailability of one party until August 14th.

        RONALD STONER, P.A.

        */s/ Ronald Stoner*
        Ronald Stoner, Esq., DE 2818
        1107 Polly Drummond Plaza
        Newark Delaware 19711
        (302) 369-6400
        Attorney for Plaintiff

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHARLES AUSTIN,** | : |
| | : |
|     Plaintiff, | : Civil Action No. 1:08-cv-204 SLR |
| | : |
|     v. | : JURY TRIAL DEMANDED |
| | : |
| **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as Commissioner, State of Delaware Department of Corrections; **CARL C. DANBERG,** in his official capacity as Commissioner, State of Delaware Department of Corrections; **RAPHAEL WILLIAMS,** individually and in his official capacity as Warden, Howard R. Young Correctional Institution; **PHILIP MORGAN,** in his official capacity as Warden, Howard R. Young Correctional Institution; **JOYCE TALLEY,** individually and in her official capacity as Chief, Bureau of Management Services, Delaware Department of Corrections; **CORRECTIONAL MEDICAL SERVICES, INC.,** and its **JOHN DOE EMPLOYEES,** | : : : : : : : : : : : : : : : |
| | : |
|     Defendants. | : |

**MOTION FOR EXTENSION OF TIME TO SERVE PARTY**

    COMES NOW, the Plaintiff, by and through his counsel and hereby requests that pursuant to the Federal Rules of Civil Procedure Rule 4(m), this Honorable Court grant an extension of time to serve Complaint and Summons on Defendant Stanley W. Taylor, Jr. and Defendant Raphael Williams. In support of the Motion, Plaintiff offers the following:

    1.  This is a medical negligence claim that arose out of actions that took place between April and July 2006 at the Howard R. Young Correctional Institution ("HRYCI"). A Complaint was filed with this Court on April 9, 2008.

2. Service of process has been attempted twice on Defendant Taylor. The first service for Defendant Taylor occurred in April 2008 at HRYCI. Service was refused. No further information for service was made available.

3. A second service was attempted on Defendant Taylor in May 2008 at the Department of Correction in Dover, Delaware. Service was again refused. A letter in response to the service indicated that Defendant Taylor no longer worked at HRYCI and that Defendant Taylor had not authorized the current Commissioner to accept service on Defendant Taylor's behalf.

4. Service of process has been attempted twice on Defendant Williams. The first service for Defendant Williams in April 2008 was at HRYCI. Service was refused. No further information for service was made available.

5. A second service was attempted on Defendant Williams in May 2008 at the Department of Correction in Dover, Delaware. Service was again refused, but this time on the premise that Defendant was no longer an employee at HRYCI, and therefore, the State could not accept service on behalf of Defendant Williams.

6. Extensive research was conducted in order to determine personal addresses for Defendant Taylor and Defendant Williams.

7. Affidavits were recently sent to these personal addresses, but no response has been received as yet.

8. The time limit for service expires on August 6, 2008.

9. Additional time is needed for these Defendants to respond or to allow Plaintiff to engage in personal service on the defendants. Plaintiff has utilized three attempts thus far to obtain waiver of service within the prescribed time limit.

WHEREFORE, plaintiff respectfully requests that for good cause shown, an extension of time to October 6, 2008 be granted to allow service of the Complaint and Summons on Defendant Stanley W. Taylor, Jr. and Defendant Raphael Williams.

RONALD STONER, P.A.

*/s/ Ronald Stoner*
Ronald Stoner, Esq., DE 2818
1107 Polly Drummond Plaza
Newark Delaware 19711
(302) 369-6400
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHARLES AUSTIN,** | : |
| | : |
|     **Plaintiff,** | : Civil Action No. 1:08-cv-204 SLR |
| | : |
|     v. | : JURY TRIAL DEMANDED |
| | : |
| **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as Commissioner, State of Delaware Department of Corrections; **CARL C. DANBERG,** in his official capacity as Commissioner, State of Delaware Department of Corrections; **RAPHAEL WILLIAMS,** individually and in his official capacity as Warden, Howard R. Young Correctional Institution; **PHILIP MORGAN,** in his official capacity as Warden, Howard R. Young Correctional Institution; **JOYCE TALLEY,** individually and in her official capacity as Chief, Bureau of Management Services, Delaware Department of Corrections; **CORRECTIONAL MEDICAL SERVICES, INC.,** and its **JOHN DOE EMPLOYEES,** | : |
| | : |
|     **Defendants.** | : |

## ORDER

AND NOW, TO WIT, this _____ day of August, 2008, this cause having come to be considered on Plaintiff's Motion for Extension of Time to serve Complaint and Summons and there being good cause for the granting of such Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED and an extension of time is granted to October 6, 2008.

_____
Judge Sue L. Robinson